[No. 11530–8–I. Division One. March 26, 1984.]

THE MUNICIPALITY OF METROPOLITAN SEATTLE, *Appellant,*
v. AMALGAMATED TRANSIT UNION, DIVISION No. 587,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 82–2–00192–9, Jack P. Scholfield, J., entered March 5, 1982. *Affirmed* by unpublished opinion per Soderland, J. Pro Tem., concurred in by Corbett, A.C.J., and Andersen, J.